# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>CHATSWORTH CLEANERS LLC; ANDRE F. VAN DER VALK, AS TRUSTEE OF THE VAN DER VALK FAMILY TRUST; and DOES 1 to 10,<br><br>             Defendants. | Case No.: 2:24-cv-09832-WLH (Ex)<br><br>**JUDGMENT** |

     Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JUAN VALENCIA shall have JUDGMENT in Plaintiff's favor in the amount of $1,260.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $5,260.00, against Defendant ANDRE F. VAN DER VALK, AS TRUSTEE OF THE VAN DER VALK FAMILY TRUST.

//

//

Additionally, Defendant ANDRE F. VAN DER VALK, AS TRUSTEE OF THE VAN DER VALK FAMILY TRUST is ordered to provide an accessible parking space and entrance at the property located at or about 21814 Devonshire St., Chatsworth, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 8/15/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE